IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chandler, Amie E

Printed: 4/1/08

Case Number: 07 B 00537
Judge: Goldgar, A. Benjamin
Filed: 1/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 19, 2008
Confirmed: February 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,116.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,055.74 |
| Trustee Fee: |  | 60.26 |
| Other Funds: |  | 0.00 |
| Totals: | 1,116.00 | 1,116.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 852.50 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,144.00 | 1,055.74 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 13,615.90 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 912.48 | 0.00 |
| 6. | Providian | Unsecured | 6,729.17 | 0.00 |
| 7. | Kinecta Federal Credit Union | Unsecured | 13,691.16 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 323.46 | 0.00 |
| 9. | National Capital Management | Unsecured | 415.06 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 232.60 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 2,953.02 | 0.00 |
| 12. | Verizon Wireless | Unsecured | 129.86 | 0.00 |
| 13. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 14. | General Motors Acceptance Corp | Unsecured |  | No Claim Filed |
| 15. | Sherman Acquisition | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,999.21 | $ 1,055.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 60.26 |
|  | $ 60.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Chandler, Amie E | Case Number:  07 B 00537 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/1/08 | Filed:  1/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                             Marilyn O. Marshall, Trustee, by:

